| | |
|---|---|
| Case No.   **CV 19-6250-JFW(FFMx)** | Date:  October 31, 2019 |
| Title:   Matthew Werner -v- Stereotaxis, Inc., et al. | |

**PRESENT:**

       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |
| **PROCEEDINGS (IN CHAMBERS):** | **ORDER GRANTING PLAINTIFF MATTHEW WERNER'S MOTION TO REMAND ACTION TO STATE COURT AND GRANTING JURISDICTIONAL DISCOVERY [filed 8/19/2019; Docket No. 32];**<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS STEREOTAXIS, INC., DAVID FISCHEL, AND MIKE TROPEA'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER THE ACTION [filed 8/19/2019; Docket No. 33]** |

     On August 19, 2019, Plaintiff Matthew Werner ("Plaintiff") filed a Motion to Remand Action to State Court ("Motion to Remand").  On August 26, 2019, Defendants Stereotaxis, Inc. David Fischel, and Mike Tropea (collectively, "Defendants") filed their Opposition.  On September 2, 2019, Plaintiff filed a Reply.  On September 4, 2019, the Court granted Plaintiff's request to conduct jurisdictional discovery and ordered the parties to file supplemental briefs after the parties completed jurisdictional discovery.  On October 14, 2019, Plaintiff filed a supplemental brief.  On October 21, Defendants filed a Supplemental Brief.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for November 4, 2019 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, reply, and supplemental papers, and the arguments therein, the Court rules as follows:

     For the reasons stated in Plaintiff's moving, reply, and supplemental papers, Plaintiff's Motion is **GRANTED**.  The Court signs, as modified, Plaintiff's Proposed Statement of Decision Granting Plaintiff's Motion to Remand Action to State Court Pursuant to 28 U.S.C. § 1447(c), lodged with the Court on October 23, 2019 [Docket No. 46].  This action is **REMANDED** to Los Angeles County Superior Court.

     Defendants' Motion to Dismiss, or in the Alternative, Transfer the Action [Docket No. 33] is **DENIED without prejudice** to re-filing in state court.

     IT IS SO ORDERED.